**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:       In re Kerry Beal

Appellate case number:   01-13-00348-CR

Trial court case number:  13DCR062478

Trial court:                      434th District Court of Fort Bend County

Date motion filed:          May 29, 2013

Party filing motion:        Relator

     Beal's motion for en banc reconsideration is **DENIED.**

Judge's signature: /s/ Jim Sharp
                       ☐ Acting individually   ☑ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Keyes, Jennings, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date: October 1, 2013